UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-08174-MEMF (AS) | Date | June 30, 2022 |
|---|---|---|---|
| Title | Jorge Pedraza v. Kilolo Kijakazi, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On October 14, 2021, Plaintiff Jorge Pedraza filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On November 15, 2021, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 8). The Joint Submission was due by no later than June 23, 2022. To date, the parties have failed to file their Joint Submission or request an extension of time in which to do so.

    The Court ORDERS the parties' to promptly file the Joint Submission within five (5) days of the date of this Order. All other deadlines of the CMO remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |