1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
   DRAKE & DRAKE, P.C.
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.475.1880
   Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9

10 JORGE PEDRAZA,                ) CASE NO.: 2:21-cv-08174-AS
                                 )
11        Plaintiff,             )
12                               )
13 v.                            ) [~~PROPOSED~~] ORDER
                                 ) AWARDING EAJA FEES AND COSTS
14 KILOLO KIJAKAZI, Acting       )
15 Commissioner of Social Security, )
                                 )
16        Defendant.             )
17 _____ )

18
      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
      IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
21 THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) and costs in
22 the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the
23 stipulation.
24
25
26 DATED:  September 15, 2022            / s / Sagar
                                   _____
27                                 HON. ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE
28

-1-